UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRESH MARKET, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-9102 |
| NATIONWIDE INSURANCE COMPANY OF FLORIDA, | ) ) ) ) |
| Defendant. | ) |

**<u>STIPULATION TO DISMISS WITH PREJUDICE</u>**

The parties stipulate and agree that all claims at issue in this matter have been resolved and this matter should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREEED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| /s/ Edward Eshoo, Jr. | /s/ Sulema Medrano Novak |
| Edward Eshoo, Jr. | Sulema Medrano Novak |
| Christina M. Phillips | Mary Anderson |
| MERLIN LAW GROUP | DENTONS US LLP |
| 181 West Madison, Suite 3475 | 233 South Wacker Drive, Suite 5900 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| Telephone: (312) 260-0806 | Telephone: (312) 876-8000 |
| Facsimile: (312) 260-0808 | Facsimile: (312) 876-7934 |
| eeshoo@merlinlawgroup.com | sulema.medrano@dentons.com |
| cphillips@merlinlawgroup.com | mary.anderson@dentons.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |